# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Latour,**
      **Plaintiff,**

**V.**

**Lustig, Glaser & Wilson, PC.,**
      **Defendant,**

**CIVIL ACTION**

**NO. 16-40072-TSH**

## ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Memorandum and Order dated 3/29/17, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                By the Court,

**3/29/17**　　　　　　　　　　　　　　**/s/ Martin Castles**
**Date**　　　　　　　　　　　　　　　　**Deputy Clerk**